IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOLENE MEISINGER, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIV. A. NO. 5:17-cv-00103-JRG-CMC |
| WAL-MART ASSOCIATES, INC. | § § | |
| Defendant. | § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant Wal-Mart Associates, Inc. ("Defendant") and Plaintiff Jolene Meisinger ("Plaintiff") and notifies the Court that all matters in controversy between the parties have been settled, in principle, and request that the Court stay all unreached deadlines contained in the Court's Second Amended Docket Control Order [Doc. 32] for thirty (30) days so that appropriate dismissal papers may be submitted.

Respectfully Submitted,

/s/ W.D. Masterson
W. D. Masterson
State Bar No. 13184000
wdm@kilgorelaw.com
KILGORE & KILGORE, PLLC
3109 Carlisle, Suite 200
Dallas, Texas 75204
(214) 969-9099
(214) 953-0133 (fax)

**ATTORNEY FOR PLAINTIFF**

/s/ Nancy L. Waters
NANCY L. WATERS
State Bar No. 00787352
nwaters@gpd.com
JAMES N. ZOYS
State Bar No. 24028155
jzoys@gpd.com
GEARY, PORTER & DONOVAN
16475 Dallas Parkway, Suite 400
Addison, Texas 75001-6837
(972) 931-9901
(972) 931-9208 (Fax)

**ATTORNEYS FOR DEFENDANT**